**INDEX OF EXHIBITS**

A. May 27, 2021 Shibumi Shade Demand Letter to Beach Shade

B. June 2, 2021 Email from B. Hurt

C. June 7, 2021 Email from P. Heard

D. June 9, 2021 Email from B. Hurt

E. June 11, 2021 Email from P. Heard

F. '330 Claim Chart

G. '117 Claim Chart