# EXHIBIT B

## Ney, Angela

**From:** Hurt, Blake P. <BHurt@tuggleduggins.com>
**Sent:** Wednesday, June 02, 2021 11:11 PM
**To:** Heard, Preston
**Cc:** Pam Dillon; Felts, Alan B.
**Subject:** Re: Alleged Infringement of Shibumi Intellectual Property

EXTERNAL EMAIL: Open Attachments and Links With Caution.

Dear Mr. Heard,

This firm represents Mr. Matthew Finneran and Beach Shade LLC (collectively "Finneran") in certain intellectual property matters. We are in receipt of your letter dated 5/27/21, wherein your client Shibumi Shade (herein "Shibumi") alleges infringement by Finneran of a range of intellectual property rights purportedly owned by Shibumi. We respectively ask that all further correspondence regarding this matter be directed to our attention.

While we assure you that Finneran takes the allegations asserted by Shibumi, and indeed the valid intellectual property rights of all market participants, very seriously, the proposed response deadline of 6/4/2 is simply not feasible, particularly in view of the recent long holiday weekend. We respectively request a brief extension until 6/18/21 to properly investigate the allegations asserted by Shibumi.

One final observation of note: the lack of any claim chart to substantiate the serious accusations leveled by Shibumi against Finneran was a conspicuous absence with respect to a claim of patent infringement. As a matter of professional courtesy, in addition to the obvious efficiency in establishing Shibumi's position with respect to the allegation of patent infringement, Finneran hereby requests you either: 1) provide a claim chart articulating the specific claim limitations of the '117 and/or the '330 Patent(s) while identifying with particularity the embodiment/s of Finneran product(s) that practice the same; or 2) expressly confirm that no such analysis has been performed at this time.

Please confirm receipt. This communication is written without any prejudice to the rights and remedies of Finneran, either at law or equity. To the extent the same require an expressed reservation of right, they are hereby expressly reserved.

Sincerely,

Blake P Hurt
Registered Patent Attorney
Tuggle Duggins P.A.
400 Bellemeade Street, Suite 800
P.O. Box 2888 - 27402
Greensboro, NC 27401
T 336-271-5252 | F 336-274-6590
BHurt@tuggleduggins.com
www.tuggleduggins.com

TUGGLE DUGGINS

| NOTICE: | DISCLOSURE: |
|---|---|
| Legally privileged and confidential information may be contained in this message and is intended only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately. | Accounting, business or tax advice, if any, contained in this communication, including attachments, is not intended as a thorough analysis of specific issues, or a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. |