# EXHIBIT C

## Ney, Angela

**From:** Heard, Preston
**Sent:** Monday, June 07, 2021 8:18 PM
**To:** Hurt, Blake P.
**Cc:** Pam Dillon; Felts, Alan B.; Baker, Lauren; Anderson, Lauren
**Subject:** RE: Alleged Infringement of Shibumi Intellectual Property

Dear Mr. Hurt,

Thank you for your email and acknowledging receipt of my letter. As requested, we will direct future correspondence to your attention. While we appreciate that we asked for a relatively quick turnaround, this is due to your client's decision to launch its infringing product at the opening of the summer season – indeed, Memorial Day Weekend is/was an important and busy sales period. Time is truly of the essence, as each additional sale of the infringing Beach Shade product harms Shibumi Shade, even irreparably.

Further, your client met with our client this past Thursday evening, and not only essentially admitted to copying Shibumi Shade, but brazenly asked to be paid off to stop his infringement. Finneran admitted that the Beach Shade product is an inferior and lower-cost product than Shibumi Shade, thereby cementing the irreparable harm Beach Shade is causing Shibumi Shade in the marketplace. It didn't stop there, because over the weekend we learned that Beach Shade had launched on Amazon. Rather than cease infringement, your client has decided to increase its willful infringement.

As a result, we cannot give you two additional weeks to investigate this matter. (Relatedly, we understand Mr. Finneran has long known about at least some of Shibumi Shade's patent rights.) We can extend the period to COB Wednesday, June 9. If Beach Shade does not confirm its intention to immediately halt sales and destroy existing inventory by then, however, Shibumi Shade will be forced to take action to enforce its IP and seek all available remedies, including by filing an emergency motion with the federal district court against Beach Shade and Mr. Finneran in his personal capacity by the end of this week.

Best regards,
Preston

---

**From:** Hurt, Blake P. <BHurt@tuggleduggins.com>
**Sent:** Wednesday, June 2, 2021 11:11 PM
**To:** Heard, Preston <Preston.Heard@wbd-us.com>
**Cc:** Pam Dillon <PDillon@tuggleduggins.com>; Felts, Alan B. <AFelts@tuggleduggins.com>
**Subject:** Re: Alleged Infringement of Shibumi Intellectual Property

EXTERNAL EMAIL: Open Attachments and Links With Caution.

Dear Mr. Heard,

This firm represents Mr. Matthew Finneran and Beach Shade LLC (collectively "Finneran") in certain intellectual property matters. We are in receipt of your letter dated 5/27/21, wherein your client Shibumi Shade (herein "Shibumi") alleges infringement by Finneran of a range of intellectual property rights purportedly owned by Shibumi. We respectively ask that all further correspondence regarding this matter be directed to our attention.

While we assure you that Finneran takes the allegations asserted by Shibumi, and indeed the valid intellectual property rights of all market participants, very seriously, the proposed response deadline of 6/4/2 is simply not feasible,

particularly in view of the recent long holiday weekend. We respectively request a brief extension until 6/18/21 to properly investigate the allegations asserted by Shibumi.

One final observation of note: the lack of any claim chart to substantiate the serious accusations leveled by Shibumi against Finneran was a conspicuous absence with respect to a claim of patent infringement. As a matter of professional courtesy, in addition to the obvious efficiency in establishing Shibumi's position with respect to the allegation of patent infringement, Finneran hereby requests you either: 1) provide a claim chart articulating the specific claim limitations of the '117 and/or the '330 Patent(s) while identifying with particularity the embodiment/s of Finneran product(s) that practice the same; or 2) expressly confirm that no such analysis has been performed at this time.

Please confirm receipt. This communication is written without any prejudice to the rights and remedies of Finneran, either at law or equity. To the extent the same require an expressed reservation of right, they are hereby expressly reserved.

Sincerely,

Blake P Hurt
Registered Patent Attorney
Tuggle Duggins P.A.
400 Bellemeade Street, Suite 800
P.O. Box 2888 - 27402
Greensboro, NC 27401
T 336-271-5252 | F 336-274-6590
BHurt@tuggleduggins.com
www.tuggleduggins.com

TUGGLE TD DUGGINS

| NOTICE: | DISCLOSURE: |
| --- | --- |
| Legally privileged and confidential information may be contained in this message and is intended only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately. | Accounting, business or tax advice, if any, contained in this communication, including attachments, is not intended as a thorough analysis of specific issues, or a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. |