# EXHIBIT F

| US 10,190,330 Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[pre]** A system for providing shade onto a surface, comprising: |  The Beach Shade is a system for providing shade onto a surface. <br> *See, e.g.*, https://beachshade.com/products/beach-shade |

| US 10,190,330 Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[a]** a canopy configured for engagement with, and complete aerial suspension by, a single, continuous frame, | As seen below, in use, the Beach Shade frame exists as a single, continuous frame, and the canopy is engaged with, and completely aerially suspended by, the frame.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 10,190,330<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[b]** wherein the frame consists essentially of a plurality of sections | The frame of the Beach Shade consists essentially of a plurality of sections that includes the two collapsible poles and the molded fitting that connects the two collapsible poles to provide a single, continuous frame.<br><br>"proprietary" molded fitting is one of a plurality of sections.<br><br><br>Two collapsible poles are part of a plurality of sections.<br><br>The Beach Shade website states that the Beach Shade comes with two collapsible poles that connect in the middle to a proprietary molded fitting. The poles and the molded fitting combine to form a single frame with a plurality of sections.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade and FIG. 6 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 10,190,330<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[c]** configured for end-to-end alignment from a left end to a right end, wherein each section is configured to engage with any adjacent sections, | The two collapsible poles and the molded fitting align end-to-end from a left end to a right end with adjacent sections being engaged with one another. This, assembled configuration, renders a single, continuous frame.<br><br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,190,330<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[d]** wherein the left end and the right end are configured to be secured to the surface for aerially supporting the frame and completely suspending the canopy aerially, and | <br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,190,330 Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[e]** a container for housing and transporting all of the other components of the system, | The Beach Shade website states that the Beach Shade comes with a carrying case.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade, as well as FIG. 6 and "About this item" section of Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 10,190,330 Claim 1 | Beach Shade's Shading System |
| --- | --- |
| **1[f]** wherein the container is also an anchor for housing weight, | The Beach Shade website states that the carrying case functions as a sand filled anchor.<br><br>*****Free Shipping***60 day return policy*****<br>Order now before we sell out again. The best beach umbrella you never knew you needed. Over 100 ft² of shade. Only 1 person needed for a 5 minute setup.<br>Your Beach Shade comes with:<br>• Full cover shade<br>• Carrying case, which functions as your sand filled anchor<br>• 2 collapsible poles that connect in the middle to our proprietary molded fitting<br>• Windless Poles you can attach to the back in case of winds less than 2mph<br>• Fabric is ~16 ft x 9 ft<br>Carrying case is housing weight and acting as an anchor.<br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,190,330<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[g]** a cord selectively engaged or coupled to an interior of the container for inverting the container to serve as the anchor for housing weight, | Cord is engaged or coupled to the container.<br>Since the cord is not always engaged or coupled to the container, the engagement or coupling is selective.<br><br><br><br>The carrying case of the Beach Shade is a fabric bag with an open end and is thus invertible to allow for two possible orientations (i.e., logo side facing outward or logo side facing inward). Accordingly, regardless of which surface of the carrying case is selectively engaged or coupled to the cord, such surface is capable of being an interior of the carrying case. From a practical standpoint, since the carrying case of the Beach Shade is intended to be filled with sand as the anchor weight, it is reasonable to expect that different users will choose different orientations of the carrying case depending upon personal preferences to potentially avoid having residual sand inside of the carrying case when transporting the disassembled Beach Shade. Moreover, nothing about the carrying case of the Beach Shade prevents it from being oriented in a manner that expressly meets the claim elements.<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,190,330 Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[h]** the cord selectively engageable or coupled to the frame. | <br>The cord is selectively engaged or coupled to the frame since it is engaged or coupled to the molded fitting, which is one of the plurality of sections forming the frame.<br>*See, e.g.,* https://beachshade.com/products/beach-shade |