# EXHIBIT G

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[pre]** A system for providing shade onto a surface, the system comprising: | <br>The Beach Shade system is providing shade onto a surface.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| **US 10,753,117<br>Claim 1** | **Beach Shade's Shading System** |
|---|---|
| **1[a]** a frame being directly engageable with the surface | <br>*See, e.g.,* https://beachshade.com/products/beach-shade |

<table>
<tr><th>US 10,753,117<br>Claim 1</th><th>Beach Shade’s Shading System</th></tr>
<tr><td>1[b] such that when the frame is directly engaged with the surface, the frame is configured to lie within a plane substantially perpendicular to the surface,</td><td>



See, e.g., https://beachshade.com/products/beach-shade</td></tr>
</table>

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[c]** wherein the frame comprises a plurality of longitudinally-extending sections | The frame of the Beach Shade comprises a plurality of longitudinally-extending sections, as it comprises the two collapsible poles, which in and of themselves are longitudinally-extending sections (individually) and each comprise longitudinally-extending sections.<br>The collapsible poles comprise a plurality of longitudinally-extending sections.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade and FIG. 6 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[d]** arrangeable so that a first longitudinally-extending section and a second longitudinally-extending section are each directly engaged with the surface at first ends thereof and | The two collapsible poles define longitudinally-sections that each have a first end. The first end of each of the poles is directly engaged with the surface.<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

<table>
<tr><th>US 10,753,117<br>Claim 1</th><th>Beach Shade’s Shading System</th></tr>
<tr><td>1[e] are coupleable to one another about opposing, second ends or are each respectively coupleable to first and second ends of at least one intermediate longitudinally-extending section arranged therebetween;</td><td>The Beach Shade website states that the Beach Shade comes with two collapsible poles that connect in the middle to a molded fitting. As such, the opposing, second ends of the two collapsible poles are coupleable to one another by the molded fitting. Alternatively, the molded fitting is at least one intermediate longitudinally-extending section arranged therebetween, where a first end of the molded fitting is coupleable to a second end of one of the collapsible poles and a second end of the molded fitting is coupleable to a second end of the other one of the collapsible poles.<br>

<br>
See, e.g., https://beachshade.com/products/beach-shade</td></tr>
</table>

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
| --- | --- |
| **1[f]** a cable extending through the plurality of longitudinally-extending sections of the frame from the first end of the first longitudinally-extending section to the first end of the second longitudinally-extending section and any of the at least one intermediate longitudinally-extending sections arranged therebetween | The two collapsible poles have a cable extending through them in order to allow each pole to remain connected for easy installation and break down. A cable extends through the longitudinal sections of the one collapsible poles and a cable extends through the longitudinal sections of the other collapsible pole. Since the two collapsible poles define the plurality of longitudinally-extending sections, and since the second ends of the two collapsible poles effectively meet in the molded fitting, a cable thereby extends through the plurality of longitudinally-extending sections from the first end of one of the collapsible poles to the first end of the other of the collapsible poles. Likewise, since the second ends of the two collapsible poles effectively meet in the molded fitting, the cable likewise extends through the molded fitting arranged between the two collapsible poles. Therefore, the claim elements are defined in the Beach Shade at least when the Beach Shade is in the assembled configuration.<br>Cable extends through each of the sections of the poles, which is evidenced by the folding of the individual sections of each of the two collapsible poles.<br><br><br>*See, e.g.,* FIG. 6 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 10,753,117<br>Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[g]** so that when the first end of the first longitudinally-extending section and the first end of the second-longitudinally extending section are directly engaged with the surface, the cable is configured to lie within the plane substantially perpendicular to the surface; | The first ends of the collapsible poles are directly engaged with the surface. Since the cable extends through the poles, the cable is configured to also lie within the plane substantially perpendicular to the surface.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[h]** a canopy extending between a suspension end and an opposing trailing end, | The canopy of the Beach Shade extends between a suspension end and an opposing trailing end<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 10,753,117<br>Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[i]** the suspension end of the canopy being coupleable with the frame about a portion of the frame defined between the first ends of the first and second longitudinally-extending sections, | The suspension end of the canopy is coupleable to the frame about a portion defined between the first ends of the collapsible poles<br><br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,753,117<br>Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[j]** wherein the trailing end of the canopy is spaced apart from the portion of the frame | The trailing end of the canopy is spaced apart from the portion of the frame defined between the first ends of the collapsible poles<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 10,753,117<br>Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[k]** such that when a wind force is applied to the canopy, the canopy extends at an angle relative to the plane, the angle being non-coplanar with the plane and varying with the wind force; | The wind force aerially suspends the canopy, so that it extends at an angle relative to the plane, that is non-coplanar with the plane and varies depending on the wind force. As shown in FIG. 5 from the Amazon listing, below, the canopy extends at an angle that is substantially 90 degrees relative to the plane<br><br>*See, e.g.,* FIG. 5 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 10,753,117<br>Claim 1 | Beach Shade’s Shading System |
|---|---|
| **1[l]** a cord having a first end and a second end, the first end or the second end of the cord being coupleable to the frame; | The cord has a first end and a second end. One of the ends is coupleable to the frame.<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[m]** an anchor coupleable to the other of the second end or the first end of the cord and being in contact with the surface at an angle relative to the plane | The carrying case is described on the Beach Shade website as functioning as a "sand filled anchor" to house weight. The carrying case is coupleable to the end of the cord not coupled to the frame and is in contact with the surface at an angle relative to the plane, as it is arranged in front of the frame and thereby the plane in which the frame rests in the supporting configuration.<br><br><br><br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 10,753,117<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[n]** so that the frame remains substantially within the plane when the wind force is applied to the canopy. | As shown in the below figure, the frame remains within the plane when the wind force is applied, the wind force aerially suspending the canopy as shown.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| **US 10,753,117<br>Claim 3** | **Beach Shade's Shading System** |
|---|---|
| **3.** The system of claim 1, further comprising a container arranged to receive at least the frame, the canopy, and the cord therein. | Carrying case is arranged to receive at least the two collapsible poles and middle piece (frame), the full cover shade (canopy), and the cord therein.<br><br>Carrying case is arranged to receive at least the collapsible poles and middle piece, the canopy, and the cord therein. They all "slip[] into [the] tote bag"<br><br><br><br><br>**About this item**<br>• 5 Minute Set Up - No digging holes or tripping on polls. Just enjoy your beach adventure with friends and family (or a new acquaintance who needs shelter from the sun).<br>• 100 Square Feet of Shade - Stay comfy from head to toe all day long while relaxing, sunbathing, snacking, sandcastle building, and sunset watching. Don't leave home without it!<br>• Portable and Durable - Take the Beach Shade tent anywhere on any type of transportation. It weighs only 4 pounds and slips into a tote bag for easy carrying to more remote beach destinations.<br><br>*See, e.g.,* FIG. 6 and "About this item" section of Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |