THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SHIBUMI SHADE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 5:21-cv-256 |
| | ) | |
| v. | ) | |
| | ) | |
| BEACH SHADE LLC, and | ) | |
| MATTHEW FINNERAN | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT FOR TENTATIVE CLAIM CONSTRUCTION

Pursuant to the Court's text order entered June 29, 2021 and Local Patent Rule 304.3, Plaintiff Shibumi Shade, Inc. ("Shibumi Shade" or "Plaintiff") and Defendants Beach Shade LLC ("Beach Shade") and Matthew Finneran ("Finneran") (collectively "Defendants") hereby provide the following Joint Claim Construction Statement for the purpose of resolving Plaintiff's motion for preliminary injunction.

Pursuant to Local Patent Rule 304.3(a), the parties state that there are no constructions of claim terms, phrases, or clauses upon which the parties agree.

Pursuant to Local Patent Rule 304.3(b), the attached Exhibit A sets forth each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim for purposes of resolving Plaintiff's motion for preliminary injunction.

1

Pursuant to Local Patent Rule 304.3(c), the parties state that no separate claim construction hearing is required for purposes of resolving Plaintiff's motion for preliminary injunction. The parties expect that any issues the Court may wish to raise regarding claim construction can be addressed at the preliminary injunction hearing scheduled for August 6, 2021.

Pursuant to Local Patent Rule 304.3(d), the parties state that they do not intend to call any witnesses, including experts, to offer testimony regarding claim construction for purposes of resolving Plaintiff's motion for preliminary injunction.

Pursuant to the Court's text order entered June 29, 2021, the parties have agreed to each submit a five-page memorandum setting forth the parties' respective claim construction positions for purposes of resolving Plaintiff's motion for preliminary injunction by July 30, 2021.

Dated: July 21, 2021

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Alan B. Felts
Jeffrey S. Southerland
NC State Bar No. 34221
Email: jsoutherland@tuggleduggins.com
Alan B. Felts
NC State Bar No. 42826
Email: afelts@tuggleduggins.com
TUGGLE DUGGINS P.A.
P.O. Box 2888 Greensboro, NC 27402
Tel: 336-378-1431

David W. Sar
NC State Bar No. 23533
Email: dsar@brookspierce.com
Brooks, Pierce, McLendon, Humphrey&
Leonard, LLP
P.O. Box 26000
Greensboro, NC 27420
Tel: 336-271-3175

*Attorney for Defendants Beach Shade LLC and Matthew Finneran*

/s/ Samuel B. Hartzell
Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: 919-755-2112
Facsimile: 919-755-6772
Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Lauren Baker (*pro hac vice* to be filed)
Georgia Bar No. 345536
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 862-7527
Facsimile: (404) 879-2966
Preston.heard@wbd-us.com
Telephone: (404) 888-7466
Lauren.Baker@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2021, the foregoing document was this date electronically filed and served on all parties to this action through the Court's CM/ECF system.

/s/ Samuel B. Hartzell
Samuel B. Hartzell