# EXHIBIT A

## U.S. Patent No. 10,190,330

| Term, Phrase, Clause | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| "single"<br><br>Claim 1 | No construction necessary / plain and ordinary meaning | **Intrinsic Evidence:**<br><br>'330 Patent: 1:13-18; 1:46-67; 2:1-28; 2:40-43; 2:52-55; 2:60-67; 3:64-67; 4:7-23; 4:30-57; 5:6-67; 6:1-31; 7:17-56; FIGS 1-7; Claims 1-15<br><br>Prosecution History of '330 Patent: March 16, 2018 Non-Final Rejection;<br>April 30, 2018 Office Action Appendices;<br>May 3, 2018 Claim Amendments and Applicant Argument and Remarks in Response to March 16, 2018 Non-Final Rejection;<br>June 5, 2018 Final Rejection;<br>September 5, 2018 Response after Final Rejection;<br>September 17, 2018 Amendment after Final or under 37 CFR 1.312;<br>September 17, 2018 Notice of Allowance | "consisting of or having only one undivided part as contrasted with double or many" | **Intrinsic Evidence:** '330 Patent: 1:17, 1: 49-55, 3:17-18, 3:64-67, 5:6-9, 5:24-27, 5:38-40, 5:50-54, 7:17-18, 8:2, 8:3-10, Fig. 1, Fig. 2.<br><br>'330 File History pp. 40-41, 48, 52, 78-79.<br><br>**Extrinsic Evidence:** Excerpts from common and technical dictionaries that were published and readily-available to the public contemporaneously with the filing of what became the patent in question, including:<br><br>*Webster's Third New International Dictionary of the English Language Unabridged* (2002) (defining "single" as "consisting of or having only one part, feature, or portion as opposed to or contrasted with double or complex" and "consisting of one as opposed to |

4

| | | | | |
|---|---|---|---|---|
| | | **Extrinsic Evidence:**<br>*Merriam-Webster*, https://www.merriam-webster.com/dictionary/single (2021), (defining "single" as "unaccompanied by others") | | or in contrast with many: uniform," and "consisting of a whole: unbroken, undivided")<br><br>*Webster's Seventh New Collegiate Dictionary* (1967) (defining "single" as "lone, solitary" and "unbroken, undivided")<br><br>*See also Merriam Webster*, www.merriam-webster.com/dictionary/ (2021) (defining "single" as "lone, sole" and "consisting of one as opposed to or in contrast with many" and "unbroken, undivided") |
| **"continuous frame"**<br><br>Claim 1 | No construction necessary / plain and ordinary meaning | **Intrinsic Evidence:**<br><br>'330 Patent: 1:13-18; 1:46-67; 2:1-28; 2:40-43; 2:52-55; 2:60-67; 3:64-67; 4:7-23; 4:30-57; 5:6-67; 6:1-31; 7:17-56; FIGS 1-7; Claims 1-15<br><br>Prosecution History of '330 Patent: March 16, 2018 Non-Final Rejection;<br>April 30, 2018 Office Action Appendices;<br>May 3, 2018 Claim | "Uninterrupted frame (the archway formed from one beach/surface touching end to the other beach/surface touching end)" | **Intrinsic Evidence:** '330 Patent: 1:17, 1: 49-55, 3:17-18, 3:64-67, 4:7-21, 5:6-9, 5:24-27, 5:38-40, 5:50-54, 7:17-18, 8:2, 8:3-10, Fig. 1, Fig. 2.<br><br>'330 File History pp. 29, 32, 40-41, 48, 52, 78-79.<br><br>**Extrinsic Evidence:** Excerpts from common and technical dictionaries that were published and readily-available to the public contemporaneously with |

5

| | | | | |
|---|---|---|---|---|
| | | Amendments and Applicant Argument and Remarks in Response to March 16, 2018 Non-Final Rejection; June 5, 2018 Final Rejection; September 5, 2018 Response after Final Rejection; September 17, 2018 Amendment after Final or under 37 CFR 1.312; September 17, 2018 Notice of Allowance | | the filing of what became the patent in question, including: *Webster's Third New International Dictionary of the English Language Unabridged* (2002) (defining "continuous" as "characterized by uninterrupted extension in space; stretching on without break or interruption") *Webster's Seventh New Collegiate Dictionary* (1967) (defining "continuous" as "marked by uninterrupted extension in space, time or sequence") *See also Merriam Webster*, [www.merriam-webster.com/dictionary/](www.merriam-webster.com/dictionary/) (2021) (defining "continuous" as "marked by uninterrupted extension in space, time or sequence") *Altria Client Servs. LLC v. R.J. Reynolds Vapor Co.*, No. 1:20CV472, 2021 WL 1909594, at *6 (M.D.N.C. May 12, 2021) (continuous means uninterrupted) |

| Term | Plaintiff's Construction | Plaintiff's Evidence | Defendant's Construction | Defendant's Evidence |
|---|---|---|---|---|
| "interior"<br><br>Claim 1 | No construction necessary / plain and ordinary meaning | **Intrinsic Evidence:**<br><br>'330 Patent: 2:1-14; 2:40-51; 6:17-7:16; 7:49-56; FIGS 1-7; Claims 1-15<br><br>Prosecution History of '330 Patent: March 16, 2018 Non-Final Rejection;<br>April 30, 2018 Office Action Appendices;<br>May 3, 2018 Claim Amendments and Applicant Argument and Remarks in Response to March 16, 2018 Non-Final Rejection;<br>June 5, 2018 Final Rejection;<br>September 5, 2018 Response after Final Rejection;<br>September 17, 2018 Amendment after Final or under 37 CFR 1.312;<br>September 17, 2018 Notice of Allowance<br><br>**Extrinsic Evidence:**<br>*Webster's Third New International Dictionary of the English Language Unabridged* (2002) (defining "interior" as "the internal or inner part of a thing")<br><br>*Webster's Seventh New* | the "internal portion or inside" [of something] | **Intrinsic Evidence:** '330 Patent: 2:45-47, 2:49-51, 6:43-48, 6:47-51, 6:54-56, Fig. 1<br><br>'330 File History pp. 29, 32, 40-41, 78-79.<br><br>**Extrinsic Evidence:** *Webster's Third New International Dictionary of the English Language Unabridged* (2002) (defining "interior" as "something that is within; the internal or inner part of a thing; inside" and "inside, inner")<br><br>*Webster's Seventh New Collegiate Dictionary* (1967) (defining "interior" as "the internal or inner part of a thing; inside")<br><br>*LEGO Sys. A/S v. Rubicon Comnc'ns, LP, 2017 WL 4280866* at *11 (D. Conn. Sept. 27, 2017) (noting that a common definition of interior is "the internal or interior part of a thing") |

7

| | | *Collegiate Dictionary* (1967) (defining "interior" as "the internal or inner part of a thing") | | |

## U.S. Patent No. 10,753,117

| Term, Phrase, Clause | Plaintiff's Proposed Construction | Plaintiff's Intrinsic and Extrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| "extending through"<br><br>Claim 1 | No construction necessary / plain and ordinary meaning | **Intrinsic Evidence:**<br><br>'117 Patent: 5:38-67; 6:1-31;<br>FIGS 1-7; Claims 1-8<br><br>Prosecution History of '117 Patent: September 10, 2019 Non-Final Rejection;<br>December 10, 2019 Claim Amendments and Applicant Argument and Remarks in Response to September 10, 2019 Non-Final Rejection;<br>January 13, 2020 Final Rejection;<br>April 08, 2020 Office Action Appendices;<br>April 13, 2020 Applicant Arguments/Remarks Made | "stretching forth from one end or side to the other" | **Intrinsic Evidence:** '117 Patent: 5:6-23, 5:38-40, 8:14-24, Fig. 2.<br><br>'117 File History pp. 134-138, 146-150.<br><br>**Extrinsic Evidence:** *Webster's Third New International Dictionary of the English Language Unabridged* (2002) (defining "extend" as "to cause to stretch out or reach [as from one point to another] and "through" as "used as a function word to indicate passage from one side to another of an object by means of an opening or openings")<br><br>*Webster's Seventh New Collegiate Dictionary* (1967) (defining "extend" as "to spread or stretch forth" and "through" as "from one |

8

| | | | | |
|---|---|---|---|---|
| | | in an Amendment April 23, 2020 Notice of Allowance  **Extrinsic:** *Webster's Seventh New Collegiate Dictionary* (1967) (defining "extend" as "to stretch out in distance, space, or time") | | end or side to the other")  *See also Merriam Webster*, www.merriam-webster.com/dictionary/ (2021) (defining "through" as "used as a function word to indicate passage from one end or boundary to another" and "from one end or side to the other" and "from beginning to end") |

9