IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-CV-256-FL |
| BEACH SHADE, LLC and MATTHEW FINNERAN | ) |
| Defendants. | ) |

## Order Granting Consent Motion to Stay

Before the Court is Defendants' Consent Motion to Stay the current case deadlines pending the Court's consideration of Defendants' Motion for Reconsideration (DE 52) of this Court's February 8, 2022 Order (DE 41), and to allow the parties to further discuss a resolution to this matter.

The Court having considered the Consent Motion, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**. The case will be temporarily stayed until the Court rules on Defendants' Motion. This Court's February 8, 2022 Order and the preliminary injunction entered against Defendants shall remain in effect during the temporary stay. The deadline to submit a Rule 26(f) Report will be extended until two weeks after the Court's ruling.

Date: March 25, 2022

LOUISE W. FLANAGAN
United States District Judge