IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:21-CV-256-FL |
| | ) |
| BEACH SHADE, LLC and | ) |
| MATTHEW FINNERAN | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO FILE UNDER TEMPORARY SEAL
CONFIDENTIAL FINANCIAL INFORMATION OF
<u>DEFENDANT BEACH SHADE, LLC</u>**

This matter is before the Court upon Defendant Beach Shade LLC's Motion to File Under Temporary Seal Certain of its Confidential Financial Information. (DE 56.) Good cause having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that this Court will maintain under seal the following:

1. Sealed Second Declaration of Matthew Finneran;

2. Defendant Beach Shade's Unredacted Memorandum in Support of its Motion for Reconsideration.

This the 4th day of May, 2022.

*/s/ Louise W. Flanagan*
Louise Wood Flanagan
United States District Judge