**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | | |
|---|---|---|
| **SHIBUMI SHADE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 5:21-CV-256-FL** |
| | ) | |
| **BEACH SHADE, LLC and** | ) | |
| **MATTHEW FINNERAN** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court upon Defendant Beach Shade LLC's Motion to Maintain Under Seal Plaintiff's Opposition to Defendants' Motion for Reconsideration. (DE 65.)

Good cause having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that this Court will maintain Plaintiff's Proposed Sealed Response to the Motion for Reconsideration (DE 60) under seal.

This the 6th day of June, 2022.

_Louise W. Flanagan_
_____
Louise Wood Flanagan
United States District Judge