# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | | |
|---|---|---|
| SHIBUMI SHADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-CV-256-FL |
| | ) | |
| BEACH SHADE, LLC and | ) | |
| MATTHEW FINNERAN | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Beach Shade, LLC and Matthew Finneran appeal to the United States Court of Appeals for the Federal Circuit the Orders of the Court entered on February 8, 2022 (DE 41) and September 16, 2022 (DE 67).

Respectfully submitted, this 10th day of October 2022.

    WILLIAMS MULLEN

    By: */s/ Richard T. Matthews*
        Richard T. Matthews
        N.C. Bar. #32817
        Robert C. Van Arnam
        N.C. Bar # 28838
        Andrew R. Shores
        N.C. Bar # 46600
        P.O. Drawer 1000
        Raleigh, NC 27602-1000
        Telephone: (919) 981-4000
        Fax: (919) 981-4300
        rmatthews@williamsmullen.com
        rvanarnam@williamsmullen.com
        ashores@williamsmullen.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

By: */s/ Richard T. Matthews*
Richard T. Matthews

*Attorneys for Defendants*