# EXHIBIT K

| **US 11,111,690 Claim 1** | **Beach Shade's Shading System** |
|---|---|
| **1[pre]** A system for providing shade onto a surface, the system comprising: | <br>The Beach Shade system is providing shade onto a surface.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,111,690<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[a]** a frame that includes a plurality of sections configured for engagement in an end-to-end alignment to provide the frame in a supporting configuration with a left end that is engageable with the surface and a right end that is engageable with the surface; | The two collapsible poles and the molded fitting align end-to-end from a left end to a right end engaged with the surface.<br><br>Frame includes a plurality of sections configured for engagement in an end-to-end alignment, which is evidenced by the folding of the individual sections of each of the two collapsible poles.<br><br><br><br>*See, e.g.*, FIG. 6 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,111,690<br>Claim 1 | Beach Shade’s Shading System |
|---|---|
| | The first pole (a section)<br>The molded fitting (a section)<br>The second pole (a section)<br>The sections are in an end-to-end alignment.<br><br>Left end of frame is engaged with the surface.<br>Right end of frame is engaged with the surface.<br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 11,111,690<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[b]** a sheet of material extending between a suspension end and an opposing trailing end, | The canopy of the Beach Shade extends between a suspension end and an opposing trailing end.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| **US 11,111,690<br>Claim 1** | **Beach Shade's Shading System** |
|---|---|
| **1[c]** the suspension end of the sheet of material being coupleable with the frame about a portion of the frame; | The suspension end of the Beach Shade is coupleable to the frame about a portion of the frame.<br>Suspension end of the canopy coupled with the frame.<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 11,111,690<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[d]** a container for, in one configuration, housing and transporting the system and for, in another configuration, housing weight; and | Container is configured for housing and transporting the system and container is configured for housing weight.<br><br>Container is configured to house and transport the system. It "slips into a tote bag for easy carrying."<br><br><br><br><br>**About this item**<br>• 5 Minute Set Up - No digging holes or tripping on polls. Just enjoy your beach adventure with friends and family (or a new acquaintance who needs shelter from the sun).<br>• 100 Square Feet of Shade - Stay comfy from head to toe all day long while relaxing, sunbathing, snacking, sandcastle building, and sunset watching. Don't leave home without it!<br>• Portable and Durable - Take the Beach Shade tent anywhere on any type of transportation. It weighs only 4 pounds and slips into a tote bag for easy carrying to more remote beach destinations.<br><br>*See, e.g.,* FIG. 6 and "About this item" section of Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,111,690<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| | ***Free Shipping***60 day return policy***<br><br>Order now before we sell out again. The best beach umbrella you never knew you needed. Over 100 $ft^2$ of shade. Only 1 person needed for a 5 minute setup.<br><br>Your Beach Shade comes with:<br><br>• Full cover shade<br>• Carrying case, which functions as your sand filled anchor<br>• 2 collapsible poles that connect in the middle to our proprietary molded fitting<br>• Windless Poles you can attach to the back in case of winds less than 2mph<br>• Fabric is ~16 ft x 9 ft<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 11,111,690<br>Claim 1 | Beach Shade's Shading System |
|---|---|
| **1[e]** a cord selectively engaged or coupled to the container and selectively engageable or coupled to the frame so the container is effective as an anchor when in the configuration for housing weight. | The cord is selectively engaged or coupled to the container and selectively engageable or coupled to the frame so the container is effective as an anchor when in the configuration for housing weight.<br><br>The cord is selectively engaged or coupled to the frame since it is engaged or coupled to the molded fitting, which is one of the plurality of sections forming the frame.<br>The cord is selectively engaged or coupled to the container and the container is housing weight and acting as an anchor. |

| US 11,111,690<br>Claim 1 | Beach Shade's Shading System |
| --- | --- |
| | Since the cord is not always engaged or coupled to the container, the engagement or coupling is selective.<br><br>***Free Shipping***60 day return policy***<br><br>Order now before we sell out again. The best beach umbrella you never knew you needed. Over 100 ft² of shade. Only 1 person needed for a 5 minute setup.<br><br>Your Beach Shade comes with:<br><br>• Full cover shade<br>• Carrying case, which functions as your sand filled anchor<br>• 2 collapsible poles that connect in the middle to our proprietary molded fitting<br>• Windless Poles you can attach to the back in case of winds less than 2mph<br>• Fabric is ~16 ft x 9 ft<br><br><br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |