# EXHIBIT M

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[pre]** A system for providing shade onto a surface, the system comprising: | <br>The Beach Shade system is providing shade onto a surface.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[a]** at least one frame engageable with the surface and comprising a plurality of sections and at least one aligning component affixed to one or more of the plurality of sections of the frame, such that the plurality of sections are maneuverable between a compactly configured transport configuration and a supporting configuration where the plurality of sections are aligned from a first end to a second end; | Frame includes a connector that serves as an aligning component affixed to one or more sections for supporting the aligned configuration<br>Frame is directly engaging a surface.<br><br>Frame is directly engaging a surface.<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 11,255,103 Claim 21 | Beach Shade's Shading System |
|---|---|
| | The collapsible poles comprise a plurality of sections.   *See, e.g.*, https://beachshade.com/products/beach-shade and FIG. 6 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[b]** a canopy extending between a suspension end and an opposing trailing end and engageable with the frame about a portion of the frame, | The canopy of the Beach Shade extends between a suspension end and an opposing trailing end engageable with the frame about a portion of the frame.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[c]** wherein in the supporting configuration, the canopy is capable of being supported by the at least one frame at least at the suspension end of the canopy and wind for providing shade to the surface; | The canopy of the Beach Shade is supported by the at least one frame at least at the suspension end of the canopy and wind for providing shade to the surface.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,255,103 Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[d]** a cord coupleable to one or both of the frame and the canopy; |  The cord is coupled to the frame at the molded fitting. *See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[e]** an anchor being coupleable to the cord so that the frame remains in the supporting configuration; and | <br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| **21[f]** a container capable of both transporting all of the components of the system and acting as the anchor. | The Beach Shade website states that the Beach Shade comes with a carrying case.<br><br><br>Carrying case is a container for housing and transporting all of the other components of the Beach Shade system.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade, as well as FIG. 6 and "About this item" section of Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,255,103<br>Claim 21 | Beach Shade's Shading System |
|---|---|
| | The Beach Shade website states that the carrying case functions as a sand filled anchor.<br><br>***Free Shipping***60 day return policy***<br>Order now before we sell out again. The best beach umbrella you never knew you needed. Over 100 ft² of shade. Only 1 person needed for a 5 minute setup.<br>Your Beach Shade comes with:<br>• Full cover shade<br>• Carrying case, which functions as your sand filled anchor<br>• 2 collapsible poles that connect in the middle to our proprietary molded fitting<br>• Windless Poles you can attach to the back in case of winds less than 2mph<br>• Fabric is ~16 ft x 9 ft<br>Carrying case is housing weight and acting as an anchor.<br>*See, e.g.,* https://beachshade.com/products/beach-shade |