# EXHIBIT O

| US 11,299,904<br>Claim 19 | Beach Shade's Shading System |
|---|---|
| **19[pre]** A system for providing shade onto a surface, the system comprising: | <br>The Beach Shade is a system for providing shade onto a surface.<br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,299,904<br>Claim 19 | Beach Shade’s Shading System |
|---|---|
| **19[a]** at least one frame configured to lie within a plane substantially perpendicular to the surface and | <br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 11,299,904 Claim 19 | Beach Shade's Shading System |
| --- | --- |
| **19[b]** including a plurality of sections being maneuverable between a transport configuration and a supporting configuration, | The collapsible poles comprise a plurality of sections.   *See, e.g.*, https://beachshade.com/products/beach-shade and FIG. 6 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,299,904<br>Claim 19 | Beach Shade’s Shading System |
|---|---|
| **19[c]** at least one end of the frame being engageable with the surface in the supporting configuration; | The collapsible poles are directly engaged with the surface in the supporting configuration.<br><br>End of the collapsible pole is directly engaged with the surface.<br><br>Surface<br><br><br><br>End of the collapsible pole is directly engaged with the surface.<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |

| US 11,299,904<br>Claim 19 | Beach Shade's Shading System |
|---|---|
| **19[d]** a canopy extending between a suspension end and an opposing trailing end, | The canopy of the Beach Shade extends between a suspension end and an opposing trailing end<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,299,904<br>Claim 19 | Beach Shade's Shading System |
|---|---|
| **19[e]** the suspension end of the canopy being engageable with the frame about a portion of the frame, | The suspension end of the canopy is engageable with the frame about a portion of the frame.<br>Suspension end of the canopy is engageable with a portion of the frame about a portion of the frame.<br><br>Frame<br>*See, e.g.,* [https://beachshade.com/products/beach-shade](https://beachshade.com/products/beach-shade) |

| US 11,299,904<br>Claim 19 | Beach Shade’s Shading System |
|---|---|
| **19[f]** wherein in the supporting configuration, the canopy is capable of being supported by a wind force applied to the canopy and the at least one frame at least at the suspension end of the canopy for providing shade to the surface; | In the supporting configuration, the wind force suspends the canopy and the frame of the suspension end of the canopy provides shade to the surface.<br><br><br>*See, e.g.*, FIG. 5 of the Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,299,904<br>Claim 19 | Beach Shade's Shading System |
|---|---|
| **19[g]** a cord having a first end and a second end, the first end or the second end of the cord being coupleable to one or both of the at least one frame and the canopy; and | The cord has a first end and a second end. One of the ends is coupleable to the frame.<br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,299,904<br>Claim 19 | Beach Shade's Shading System |
|---|---|
| **19[d]** a container coupleable to the other of the second end or the first end of the cord and capable of both transporting the components of the system and acting as an anchor to retain the frame in the supporting configuration. | The container is coupleable to the second or first end of the cord and capable of both transporting the components of the system and acting as an anchor to retain the frame in the supporting configuration.<br><br><br><br>*See, e.g.*, https://beachshade.com/products/beach-shade |

| US 11,299,904<br>Claim 19 | Beach Shade’s Shading System |
|---|---|
| | Container is configured for housing and transporting the system and container is configured for housing weight.<br><br>Container is configured to house and transport the system. It “slips into a tote bag for easy carrying.”<br><br><br><br><br>**About this item**<br>• 5 Minute Set Up - No digging holes or tripping on polls. Just enjoy your beach adventure with friends and family (or a new acquaintance who needs shelter from the sun).<br>• 100 Square Feet of Shade - Stay comfy from head to toe all day long while relaxing, sunbathing, snacking, sandcastle building, and sunset watching. Don’t leave home without it!<br>• Portable and Durable - Take the Beach Shade tent anywhere on any type of transportation. It weighs only 4 pounds and slips into a tote bag for easy carrying to more remote beach destinations.<br><br>*See, e.g.,* FIG. 6 and “About this item” section of Amazon listing https://www.amazon.com/Beach-Shade-Umbrella-Canopy-Anchor/dp/B07MTPVRQL/ref=sr_1_7?dchild=1&keywords=The+Shade+Beach&qid=1623336593&sr=8-7#customerReviews |

| US 11,299,904<br>Claim 19 | Beach Shade's Shading System |
|---|---|
| | ***Free Shipping***60 day return policy***<br><br>Order now before we sell out again. The best beach umbrella you never knew you needed. Over 100 ft$^2$ of shade. Only 1 person needed for a 5 minute setup.<br><br>Your Beach Shade comes with:<br><br>• Full cover shade<br>• Carrying case, which functions as your sand filled anchor<br>• 2 collapsible poles that connect in the middle to our proprietary molded fitting<br>• Windless Poles you can attach to the back in case of winds less than 2mph<br>• Fabric is ~16 ft x 9 ft<br><br>*See, e.g.,* https://beachshade.com/products/beach-shade |