**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SHIBUMI SHADE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:21-CV-256-FL** |
| | ) | |
| **BEACH SHADE, LLC and** | ) | |
| **MATTHEW FINNERAN** | ) | |
| | ) | |
| **Defendants.** | ) | |

> **Motion DENIED.**
>
> This the 15 day of September 20 23.
>
> /s/Louise W. Flanagan, U.S. District Judge

**MOTION FOR EXTENSION OF TIME FOR THE COMPLETION OF DEPOSITION DURING CLAIM CONSTRUCTION DISCOVERY**

Pursuant to Local Rule 6.1, Defendants Beach Shade, LLC and Matthew Finneran ("Defendants"), by and through the undersigned counsel respectfully move this Court for an extension through and including October 13, 2023 to take the deposition of expert Dr. Melamed and extending the claim construction briefing deadlines to November 6, 2023 and November 20, 2023, respectively. This Motion follows extensive communication with counsel for Plaintiff Shibumi regarding a proposed joint motion.

In further support of this Motion, the parties state as follows:

1.     On March 14, 2023, the Court entered a Case Management Order setting certain discovery deadlines and ordered the parties to complete claim construction discovery by September 6, 2023. (Dkt. No. 91).

2.     The Parties submitted the Joint Claim Construction Statement on July 12, 2023 (Dkt. Nos. 92-94), and timely exchanged expert declarations in support of claim construction on August 7, 2023. (Dkt. No. 91.)