## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| SHIBUMI SHADE, INC. | |
| Plaintiff, | Civil Action No: 5:21-cv-00256-FL |
| v. | |
| BEACH SHADE LLC, and MATTHEW FINNERAN | |
| Defendants. | |

## JOINT STATUS REPORT REGARDING CLAIM CONSTRUCTION HEARING

Pursuant to the Court's Text Order entered October 30, 2023, Plaintiff Shibumi Shade, Inc. ("Shibumi" or "Plaintiff") and Defendants Beach Shade LLC ("Beach Shade") and Matthew Finneran ("Finneran") (collectively, "Defendants") hereby provide the following Joint Status Report regarding Claim Construction Hearing.

## I.      DATES FOR CLAIM CONSTRUCTION HEARING

Subject to the Court's availability, the parties propose the following three dates for the claim construction hearing: December 12, 2023, December 13, 2023, and December 15, 2023.

## II.      EXPECTED DURATION OF CLAIM CONSTRUCTION HEARING

The parties estimate that the approximate time needed for the claim construction hearing will be five hours – two and half hours per side.

## III.      HEARING PROCEDURES TO WHICH THE PARTIES AGREE

The parties agree to the following procedures, subject to the Court's preference or instructions:

1.  The parties may call their respective expert witnesses – Stephen Melamed for Shibumi Shade and James Babcock for Beach Shade – live at the claim construction hearing.

Any live testimony will be presented before the argument presentation contemplated in paragraph 2 below.

2. Argument will be presented on a term-by-term basis, with the party advocating for a particular construction of the term going first, followed by the party opposing that construction. This agreement is without prejudice to the parties to group terms and otherwise agree to a presentation order that provides the most efficient order.

Dated: November 13, 2023

Respectfully submitted,

**WILLIAMS MULLEN**

By: /s/ *Richard T. Matthews*
Richard T. Matthews
N.C. Bar. #32817
Robert C. Van Arnam
N.C. Bar # 28838
Andrew R. Shores
N.C. Bar # 46600
301 Fayetteville Street, Suite 1700
P.O. Drawer 1000
Raleigh, NC 27602-1000
Telephone: (919) 981-4000
Fax: (919) 981-4300
rmatthews@williamsmullen.com
rvanarnam@williamsmullen.com
ashores@williamsmullen.com

*Attorneys for Defendants*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Preston H. Heard*
Samuel B. Hartzell
North Carolina Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
Telephone: (919) 755-2112
Facsimile: (919) 755-6772
Sam.Hartzell@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Facsimile: (404) 879-2966
Preston.Heard@wbd-us.com
Christine.Dupriest@wbd-us.com

Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5802
Facsimile: (443) 769-1502
Julie.Giardina@wbd-us.com

*Attorneys for Plaintiff Shibumi Shade, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby confirms that on November 13, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which will send notifications of such filing to the counsel of record.

*/s/ Preston H. Heard*
Preston H. Heard