IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-256-FL

| | | |
|---|---|---|
| SHIBUMI SHADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BEACH SHADE LLC, and MATTHEW FINNERAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on the parties' joint status report regarding procedures for hearing on claim construction. As noted in the status report, the parties anticipate a hearing of approximately five hours, with live testimony by one expert witness per side and argument by counsel.

The court cannot accommodate the parties' proposed dates due to previously scheduled trial in a civil matter. Accordingly, hearing is set for **9:30 a.m. December 28, 2023,** at New Bern.

SO ORDERED, this the 15th of November, 2023.

LOUISE W. FLANAGAN
United States District Judge