SHIBUMI SHADE, INC.

     Plaintiff,

     v.

BEACH SHADE LLC, and
MATTHEW FINNERAN

     Defendants.

Civil Action No: 5:21-cv-256-FL

## Order Granting Joint Motion to Continue Claim Construction

Upon consideration of the Parties' Motion to continue the claim construction hearing currently scheduled for December 28, 2023 to a later date, and for good cause shown, the Court finds that the Parties' Motion is **GRANTED.**

Accordingly, **IT IS ORDERED** that the claim construction hearing is hereby continued until **9:30 a.m. January 17, 2024** in New Bern, North Carolina.

Date: November 28th, 2023

_____
LOUISE W. FLANAGAN
United States District Judge