UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CV-256-FL

| | | |
|---|---|---|
| SHIBUMI SHADE, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CLERK'S NOTICE |
| v. | ) | (LOCAL CIVIL RULE 79.1) |
| | ) | |
| BEACH SHADE, LLC and MATTHEW | ) | |
| FINNERAN | ) | |
| Defendants. | ) | |

During an evidentiary hearing or trial, the court received exhibits in this action. These exhibits presently remain in the custody of the Clerk of Court. This case was resolved by entry of Consent Judgment and Permanent Injunction. Pursuant to Local Civil Rule 79.1, within fourteen (14) days of this notice, you are DIRECTED to contact the undersigned deputy clerk to make arrangements to come to the Clerk's office to retrieve all writings, recordings, photographs, models, diagrams, or other materials introduced into evidence. If you fail to comply with this notice, the Clerk may destroy or dispose of the exhibits as she deems appropriate or, in the alternative, submit the matter to the court for issuance of a show cause order for failure to respond and order authorizing disposal.

This the 26th day of February, 2024.

/s/ Peter A. Moore, Jr.
PETER A. MOORE, JR., CLERK

/s/Sandra K. Collins
Sandra K. Collins, Deputy Clerk
252-638-7501

Copy Served:

Preston Heard / Christine Dupriest / Julia Giardina / Samuel Hartzell (via CM/ECF notice of electronic filing and/or U.S. Mail)

Andrew Shores / Richard Matthews / Robert Van Arnam (via CM/ECF notice of electronic filing and/or U.S. Mail)